IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CARLTON G. JOYNER,

    Petitioner,

v.    Case No. 4:20cv337-MW/HTC

MARK INCH,

    Respondent.
_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 6. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "The Petition for Writ of Habeas Corpus, ECF No. 1, is **DISMISSED** under Habeas Rule 4. A Certificate of Appealability is **DENIED**." The Clerk shall also close the file.

**SO ORDERED** on September 17, 2020.

                                                      **s/ MARK E. WALKER**
                                                    **Chief United States District Judge**